UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | 3:06CV04484 CRB<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| LEROY CARL SPEARS<br>        Plaintiff | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| PFIZER, INC., ET AL.<br>        Defendants | |

Comes now the Plaintiff, LEROY CARL SPEARS, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: 10/22, 2009        By: _____
                                              Attorneys for Plaintiff,
                                              Leroy Carl Spears

DATED: December 15, 2009    By: _____
                                              DLA PIPER LLP (US)
                                              1251 Avenue of the Americas
                                              New York, NY 10020
                                              Telephone: (212) 335-4500
                                              Facsimile: (212) 335-4501
                                              *Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: JAN - 4 2010        _____
                                              Hon. Charles R. Breyer
                                              United States District Court